UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFFORD EDGIN,

                Plaintiff,               No. 07-CV-15343-DT

vs.                                      Hon. Gerald E. Rosen

KEVIN W. COBB, TRUSTEE,
HOURLY EMPLOYEE PENSION
DIVISION, GENERAL MOTORS
CORPORATION; and
GENERAL MOTORS CORPORATION,
a Delaware corporation,

                Defendants.
_____/

ORDER DENYING MOTION TO SET ASIDE ORDER
REGARDING REASSIGNMENT OF COMPANION CASE

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on     March 21, 2008

        PRESENT:  Honorable Gerald E. Rosen
                             United States District Judge

This matter is presently before the Court on the Motion filed by Plaintiff Clifford Edgin seeking to have the Court reconsider and vacate the Order reassigning this case to the Court. The Court has reviewed Plaintiff's Motion.

For the reasons stated by the Court in the "Order Denying Motion to Set Aside Order Regarding Reassignment of Companion Case" in *Abbott v. Cobb, et al.*, No. 07-15345, which are incorporated herein by reference,

IT IS HEREBY ORDERED that Plaintiff Edgin's Motion to Set Aside Order Regarding Reassignment of Companion Case [Dkt. # 14] is DENIED.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: March 21, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 31, 2008, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager