UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFFORD EDGIN, et al.,

        Plaintiffs,                    No. 07-CV-15343-DT

vs.                                        Hon. Gerald E. Rosen

KEVIN COBB, et al.,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    March 11, 2009

PRESENT: Honorable Gerald E. Rosen
Chief Judge, United States District Court

The above-captioned action having come before the Court on the February 25, 2009 Report and Recommendation of United States Magistrate Judge Steven D. Pepe recommending that the Court grant Defendants' motion for summary judgment and that all 12 of the member cases in this consolidated matter be dismissed in their entirety; and Plaintiffs having timely filed objections to the Magistrate Judge's Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Plaintiffs' Objections, and the Court's entire file of this action, and having concluded that, for the reasons stated in the Report and Recommendation, Defendants' motion should be granted and all 12 cases should, accordingly be dismissed in their entirety;

and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of February 25, 2009 [**Dkt. # 36**] be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment [**Dkt. # 27**] be, and hereby is, GRANTED. Accordingly,

IT IS FURTHER ORDERED that Plaintiff's Complaint in this action **[07-15343]**, as well as the Complaints in the other 11 member actions **[i.e., 07-15344, 07-15345, 07-15372, 07-15373, 07-15374, 07-15407, 07-15408, 07-15409, 07-15496, 07-15497, 07-15498]**, be, and hereby are, DISMISSED, in their entirety, with prejudice.

Let Judgment be entered accordingly.


                                           s/Gerald E. Rosen
                                           Chief Judge, United States District Court

Dated: March 11, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 11, 2009, by electronic and/or ordinary mail.

                                           s/LaShawn R. Saulsberry
                                           Case Manager